**Subject:** eScholar LLC v. Otis Educational Systems Inc. 04 Civ. 4051 (SCR)
**From:** "Paul McMenamin" <paul@prm-nylaw.com>
**Date:** Mon, 26 Jul 2004 13:33:20 -0400
**To:** <wpclerk@nysd.uscourts.gov>
**CC:** <tamaracarmichael@hklaw.com>

```
Dear Clerk of the Court:

We are counsel to plaintiff eScholar LLC in connection with the
above-referenced matter.  The parties recently entered into a
confidentially
stipulation and protective order, which agreement, in part, requires
that
certain documents now be filed under seal with the Court.  The
original
complaint filed with the Court contains certain exhibits that should
be
removed from the complaint and filed under seal.  Specifically,
exhibits C
through G need to be removed from the complaint and filed under
seal.

Thank you for your attention to this matter.  Please do not hesitate
to call
me with any questions at (917)312-8334.

Sincerely,
Paul R. McMenamin, Esq. (PM-0180)

Paul R. McMenamin, Esq.
One Rockefeller Plaza, Suite 2702
New York, New York 10020

Direct Dial: (212)421-1349
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Clerk of the Court is hereby Ordered to place the documents designated in the above mentioned Stipulation of Protective Order under seal. Said documents should be moved from the ECS ~~documents~~ file and placed under seal.

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/28/04